USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2BCOM, LLC,

               Plaintiff,

      v.

FORTINET, INC.,

               Defendant.

No. 23-CV-3896 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    An initial status conference is scheduled in this matter for July 21, 2023 at 1:30 p.m. Pursuant to the Court's Order dated May 23, 2023, the parties were to file a joint letter and proposed case management plan no later than July 14, 2023. Those materials have not been received to date. Furthermore, the parties have informed the Court that they are attempting to finalize a settlement in this matter. *See* ECF No. 14. The current deadline for Defendant to respond to the Complaint is July 23, 2023. *Id.*

    Accordingly, the initial status conference scheduled for July 21, 2023 is hereby adjourned. If the parties are unable to reach a settlement by July 23, 2023, they shall file a letter indicating when they would like the initial status conference to be rescheduled.

SO ORDERED.

Dated:   July 19, 2023
          New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge